**Western Airlines**
P.O. Box 92005
World Way Postal Center
Los Angeles, Ca. 90009

# Application for Employment

28822-5

An Equal Opportunity Employer

OK

Answer all questions completely or check appropriate box. USE INK. If the question is not applicable, write "NA."

## GENERAL INFORMATION

Name: **Hawley** (LAST) **Rachelle** (FIRST) **D** (MIDDLE)   Date: **7/3/86**

List any other name(s) under which you have been employed: **N/A**

Address: [redacted] City: [redacted] State: **Lawndale CA** Zip Code: **90260**

PHONE NUMBER (INCLUDING AREA CODE) — FOR FLIGHT ATTENDANTS & PILOTS ONLY
Date of Birth: [MONTH DAY YEAR]
SECOND PHONE CONTACT: [redacted]
Social Security No.: [redacted]

Have you previously applied with Western? Yes ☐ No ☑  If yes, when? ___ For what type of work? ___
Have you worked for any other airline? Yes ☑ No ☐
Are you a U.S. Citizen? Yes ☑ No ☐  If "No," what type of visa? ___
Do you have any relatives employed by Western? Yes ☐ No ☑  If yes...

Name: ___ Relationship: ___
Department: ___ Position: ___ Location: ___
How were you referred to Western? **WAL Employee Herb Marshall**

1 APPLICATIONS

## POSITION INFORMATION

Type of work applying for: **Lead Agn**
Are you willing to be assigned: Anywhere on Western's System ☐ Only these locations ☑ **LAX/PDX** — Salary desired: $ **5.90**
Are you willing to work any shift, including weekends if necessary? Yes ☑ No ☐  If no, exceptions ___
Are you willing to become a Union member if the position so requires? Yes ☑ No ☐

## HIGH SCHOOL

Did you graduate from High School? Yes ☑ No ☐  If No, circle year finished: 9 10 11 12
General Education Development: Yes ☐ No ☐  (Adult High School Diploma)
Name of School: **Clackamas Community College**   Address: **19600 Mollala Ave, Oregon City OR**

## COLLEGES OR UNIVERSITIES

| NAME AND ADDRESS OF SCHOOL | MAJOR FIELD | FROM MO. YR. | TO MO. YR. | DEGREE/YR. RECEIVED | CREDIT HOURS COMPLETED | G.P.A. |
|---|---|---|---|---|---|---|
| NAME: **Clackamas Community** ADDRESS: **19600 S Mollala Ave, OR** | **Business Management** | **9/82** | **6/85** | **none yet** | **96** | **3.5** |
| NAME: ADDRESS: | | | | | | |
| NAME: ADDRESS: | | | | | | |

Δ 𝒲 EXHIBIT **1**
Deponent **Henry**
Date **10-7-10** Rptr. **DS**
WWW.DEPOBOOK.COM

DL 000001

## TRADE, BUSINESS AND SPECIALIZED TRAINING

| NAME AND LOCATION OF SCHOOL (Include Airline, Trade and Service Schools) | STUDY OR SPECIALIZATION | FROM MO. YR. | TO MO. YR. | COURSE COMPLETED |
|---|---|---|---|---|
| Northwest Schools 1221 NW 21st Ave Port, OR 97267 | Airline/Travel | 5/85 | 11/85 | YES ☒ NO ☐ |
| | | | | YES ☐ NO ☐ |
| | | | | YES ☐ NO ☐ |

### OTHER SPECIALIZED SKILLS

Typing 20 wpm   Shorthand ___ wpm   Calculator Yes ☒ No ☐

Other Office Machine Skills: accuress, sabre, apollo systems

Languages: none   How fluent in conversation? n/a

### PHYSICAL INFORMATION

FOR FLIGHT ATTENDANTS & PILOTS ONLY
Height ___ Weight ___

Are you willing to take a physical examination? Yes ☒ No ☐

Do you have any physical and/or mental condition which may limit your ability to perform the job applied for? Yes ☐ No ☒

If yes, explain: N/A

Name and address of person to be notified in case of accident or emergency: Pauline (Hawley) Braeden 34290 SE Colorado Rd, Sandy, OR 97055

### MILITARY SERVICE AND STATUS  N/A

Have you ever been in Military Service? Yes ☐ No ☒   Rank at time of separation ___

Entered active duty ___ MO. ___ YR.   Separated from active duty ___ MO. ___ YR.   Branch of Service ___

Brief description of military duties or job title: ___

Are you a member of the Active Reserve? Yes ☐ No ☐   When does your current Reserve obligation expire? ___

How often do you attend Reserve meetings? ___

### ADDITIONAL INFORMATION

Driving records are only considered for certain positions.

How will you travel to and from work? Own car ☒   Public transportation ☐   Other (Specify) ___

Do you have a valid driver's license? Yes ☒ No ☐   State ___   Expiration date ___

Has it ever been suspended or revoked? Yes ☐ No ☒   License Restrictions ___

How many traffic accidents have you been in when you were driving in the last five years? /

Have you been convicted for any violation of the law? Yes ☐ No ☒   If "Yes," list below:

(A conviction record will not necessarily exclude you from employment)

| VIOLATION | NAME OF COURT | CITY | COUNTY | STATE | DATE | DISPOSITION OF CASE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DL 000002

# EMPLOYMENT RECORD

INCLUDE VOLUNTEER EXPERIENCE RELATING TO THE JOB FOR WHICH YOU ARE APPLYING

**PRESENT EMPLOYER**
- FULL NAME OF COMPANY: Western Express/Skywest
- STREET ADDRESS: 500 World Way
- CITY/STATE/ZIP CODE: L.A./CA
- (AREA CODE) PHONE NO.: 646-7810 (213)
- NAME & TITLE OF SUPERVISOR: Chuck Whithoft
- YOUR POSITION: Operations (Load Plan)
- DATE EMPLOYED: FROM 1/86 TO 7/86
- BASE SALARY: START $5.28  FINISH $5.59
- REASON FOR LEAVING: presently employed, opportunity for advancement

**PREVIOUS EMPLOYER**
- FULL NAME OF COMPANY: U.S. Bancorp
- STREET ADDRESS: 606 SE Grand Ave
- CITY/STATE/ZIP CODE: Portland, OR
- (AREA CODE) PHONE NO.: 503-
- NAME & TITLE OF SUPERVISOR: Pam Krecklow
- YOUR POSITION: Teller
- DATE EMPLOYED: FROM 2/85 TO 12/85
- BASE SALARY: START $4.50  FINISH $4.90
- REASON FOR LEAVING: lack of work

**PREVIOUS EMPLOYER**
- FULL NAME OF COMPANY: Taco Bell
- STREET ADDRESS: 15855 SE McLoughlin Blvd
- CITY/STATE/ZIP CODE: Milwaukie, OR
- (AREA CODE) PHONE NO.: 503-654-8097
- NAME & TITLE OF SUPERVISOR: Diane Van Heen
- YOUR POSITION: Asst Manager
- DATE EMPLOYED: FROM 6/82 TO 3/85
- BASE SALARY: START $3.35  FINISH $4.00
- REASON FOR LEAVING:

**PREVIOUS EMPLOYER**
- FULL NAME OF COMPANY: none

PLEASE EXPLAIN ALL GAPS IN YOUR EMPLOYMENT RECORD.
No gaps - overlap. I worked 2 jobs for 1 month from 2/86 - 3/86.

- HAVE YOU EVER BEEN DISCHARGED FROM ANY POSITION?  YES ☐  NO ☑
- HAVE YOU EVER BEEN ASKED TO RESIGN FROM ANY POSITION?  YES ☐  NO ☑
- HAVE YOU LEFT ANY POSITION UNDER UNUSUAL CIRCUMSTANCES WHICH YOU WOULD LIKE TO EXPLAIN?  YES ☐  NO ☑
- EXPLANATION: _____

DL 000003

## ADDITIONAL INFORMATION

List any other special skills or background information you feel pertinent. _I have been working on WAL computer system for 2 months as well as working directly with WAL Load Planner I feel this has given me an "edge" so to speak. I am very interested in this position._

### PLEASE READ CAREFULLY BEFORE SIGNING

### CONDITIONS OF EMPLOYMENT

- My employment shall be in accordance with the terms of: (A) this application (B) company rules and regulations and any amendments thereto and (C) any applicable labor agreement. The company shall have the right to amend, or modify or revoke its rules and regulations at any time. I will familiarize myself promptly with such rules and regulations and will abide and be bound by the rules and regulations now or hereafter in effect.

I hereby affirm that my answers to all questions in this application for employment are true and correct and that I have not knowingly withheld any facts or circumstances that would, if disclosed, affect my application. I understand that if considered for employment the statements made in this application and my employment and personal history may be subject to investigation by Western Airlines and I hereby authorize such an investigation to be made. If employed, I understand that I shall be subject to the Company's regulations regarding physical examinations, and all applicable rules and regulations. I also understand and accept the condition that my employment may be terminated at any time without notice if it is proven by the Company that I have knowingly misstated any facts above or if I have knowingly withheld any facts or circumstances that would if disclosed, affect my application.

THIS APPLICATION WILL REMAIN ACTIVE FOR THE YEAR IN WHICH IT IS FILED.

_Rachelle D. Hawley_ — Applicant's Signature         _7/3/86_ — Date

Employment Office Use Only (Applicant — Do Not Write Below This Line)

INTERVIEWED BY _Haizlip_ DATE _7-3-86_ PLACE _LAX_ TIME ____
INTERVIEWED BY _____ DATE _____ PLACE _____ TIME ____
INTERVIEWED BY _____ DATE _____ PLACE _____ TIME ____

If hired complete the following:
Title _CSR/Wt & Balance 458_
V.# _860434_
R/C _F1_
Location _LAX00    0498_
Grade and Salary _ATE 1st Step "B" Scale_
Supervisor _Herb Marshall_
First Day Work _7-21-86_          Training Date: _____

The following is to be checked:
- [x] NEW HIRE
- [ ] REHIRE
- [ ] TEMPORARY; DURATION _____
- [ ] FULL TIME
- [ ] PART TIME
- [ ] EMPLOYMENT PACKET
- [ ] REFERENCE CHECKS
- [ ] PHYSICAL EXAM
- [ ] MILITARY FORMS

APPLICATION CHECKED BY:          PROCESSING COMPLETED BY:

FORM NO. CP-2 WAL REV. 6/79

DL 000004

 **DELTA AIR LINES, INC.**
GENERAL OFFICES/HARTSFIELD ATLANTA INTERNATIONAL AIRPORT/ATLANTA, GEORGIA 30320 U.S.A.

March 2, 1987

Rachelle Hawley
WA Employee # 288225


2 ACCEPT LTR PA-WA

Dear Ms. Hawley:

We are pleased to offer you continued employment with Delta in Los Angeles in the capacity of Customer Services Agent-B.

Your monthly salary will be $1,198.00. You will, of course, be afforded the benefits of the Labor Protective Provisions as issued by Delta in accordance with the Merger Agreement. With your acceptance, you will report to work in Los Angeles on April 1, 1987.

As with all Delta personnel, the terms and conditions of your employment, including grooming standards, attire and conduct guidelines, shall be determined and governed by Delta's Standard Practice Manual, as amended from time to time (a copy of which, together with all amendments shall at all times be available to you). Should you accept this offer, you will be assigned to Department 135, Stations, in the Operations Division in Los Angeles, and your Delta personnel number will be 288225. It would be appreciated if you could advise me of your decision to accept or reject this offer within ten days of receipt of this letter. If we do not have your decision within ten days, we will consider that you have rejected Delta's job offer.

You will be reviewed for continued increases subject to continued satisfactory performance for a maximum of three years or until the appropriate Delta pay scale and rate of pay are reached. The increases will be granted to you according to the following schedule:

| 10-1-87 | 4-1-88 | 10-1-88 | 4-1-89 | 10-1-89 | 4-1-90 |
|---------|--------|---------|--------|---------|--------|
| $97.00  | $97.00 | $97.00  | $97.00 | $97.00  | $97.00 |

Welcome Aboard!

Very truly yours,

DELTA AIR LINES, INC.

By _[signature]_  3/5/87

Title _Station Manager-LAX_

Δ ✈ EXHIBIT __2__
Deponent _Henry_
Date _10-7-10_ Rptr. _PJ_
WWW.DEPOBOOK.COM

This will acknowledge receipt of the above offer of continued employment and advise you that I do _X_/do not ___ (check one) wish to accept such employment on the terms stated above.

_Rachelle Hawley_ _____  Date _3/5/87_
Signature

DL 000087

*P. Lile* (signature)

ACS Management Team,                                    March 21, 2006

  It is after much deliberation and careful consideration of my commitments both to family and to Delta Air Lines, that I have determined it necessary to resign my current leadership role and return to the front-line position of Senior Customer Service Agent, Dept. 125, CVG.
  Please accept this letter as formal notification of my resignation from the position of Lead Customer Service Agent, Dept. 125, CVG.
  I am happy to continue working in this capacity until the end of this bid period, April 2, 2006, and to make myself available after that date, as needed, to transition any outstanding work and responsibilities. I respectfully request the opportunity to bid back into the ranks according to my seniority for assigned shift and days off.
  My daughter's recent illness and related treatment has made continuing in this capacity too great a hardship. While, I am resigning for valid and compelling reasons, I am saddened to leave. Thank you for your support of me and my family during this difficult time, and thank you for the opportunity to be a part of this Leadership Program. I found it both enjoyable and fulfilling.


Rachelle Henry
028822500



Δ ✱ EXHIBIT 3
Deponent *Henry*
Date *10-7-10*  Rptr. *PJ*
WWW.DEPOBOOK.COM

DL 000170

**△ DELTA AIRLINES**

DATE: March 3, 1989

TO: Rachelle Hawley, SCSA - Emp. #288225 - LAX-125

FROM: Superintendent - Airport Passenger Services - LAX   PHONE:

SUBJECT: Attendance

A review of your attendance has been made for this past twelve (12) months and has been found to be below what is expected of a Senior Customer Service Agent. Listed below is a record of your absences for this period:

| | |
|---|---|
| April 28, 1988 | Sick |
| May 27, 1988 | Sick |
| July 2, 1988 | Sick |
| August 5, 1988 | Sick |
| September 9, 1988 | Sick |
| December 10, 11, 1988 | Sick |
| January 6, 7, 1989 | Sick - in conjunction with off days |
| February 26, 1989 | Sick |

The above totals ten (10) days on eight (8) occasions.

On November 22, 1988 and on January 3, 1989, under "Topics of Discussion" in your Team Book, Lead Custoemr Service Agent, Roy Omoto, advised you of the need to improve your attendance. Again, on January 19, 1989, on your evaluation you were rated below standard and that improvement was necessary.

The purpose of this letter is to advise you that your attendance must be improved and maintained. Failure to improve and maintain your attendance satisfactorily could result in additional disciplinary action including removal from Department 125.

*Mike Missig*

Mike Missig

I have read the above letter and understand its contents.

*Rachelle Hawley*
SCSA Rachelle Hawley

△ # EXHIBIT 4
Deponent Henry
Date 10-7-10 Rptr. BJ
WWW.DEPOBOOK.COM

MM:MK:mr

DL 000291



DATE: January 2, 1990

TO: Rachelle Hawley, SCSA, Emp. #288225 - Dept. 125 - LAX

FROM: Superintendent-Airport Passenger Services - LAX 125   PHONE:

SUBJECT: Security Violation - Letter of Concern

At approximately 2300 on Monday, December 25, 1989, you advised LCSA Roy Omoto that validator die #35, which was issued to you at the start of the shift, was missing. CSS Ron Olguin and yourself checked the various work stations that you were assigned, ticketing, Mexico check-in and counter control, without locating die #35. On Saturday, December 30, 1989 validator die #35 was located at the ticket counter, position 17. This resulted in no security being provided for validator die #35.

This letter is written to advise you that security and accountability is a daily part of your responsibilities and that a lack of thoroughness or attention to detail is not acceptable. Proper adherence to all of our security procedures is a necessity and violations will not be tolerated. Future instances of this nature could result in further disciplinary action.

Mike Missig

I have read the above letter and understand its contents.

_Rachelle D. Hawley_                        _1/4/90_
Employee Name                                 Date

cc: Manager-LAX Station (Cassella)

MM:mr

Δ EXHIBIT 5
Deponent Henry
Date 10-7-10  Rptr. PJ
WWW.DEPOBOOK.COM

DL 000285

(FOR INTRACOMPANY                         CORRESPONDENCE ONLY)

**DELTA AIR LINES**

DATE: December 27, 1991

TO:      Rachelle Hawley - SCSA - 125/CVG

FROM:    Superintendent Airport Passenger Services/Cincinnati

SUBJECT: Attendance/Dependability

A review of your attendance/dependability for the period beginning 12-26-90 and ending 12-26-91 has been completed. Your attendance for this period is below standard for a Senior Customer Services Agent, and is as follows:

<u>SICK</u>
| | |
|---|---|
| January 02, 1991 | Wednesday * |
| January 03, 1991 | Thursday * |
| January 04, 1991 | Friday * |
| February 24, 1991 | Sunday* |
| September 20, 1991 | Friday - 7.0 hrs. * |
| October 11, 1991 | Friday * |
| October 29, 1991 | Tuesday - 2.5 hrs. * |
| November 01, 1991 | Friday * |
| December 21, 1991 | Saturday |

*Indicates days in conjunction with RDO's.

The above totals 7 days/9.5 hrs. on 7 occurrences.
Sick days are a benefit the Company provides all full-time employees to be used as necessary. It is incumbent upon all of us to maintain our health. This letter is to advise you that immediate and lasting improvement in your attendance/dependability record must be forthcoming or further recommendations will be made.

_Rachelle Hawley_                    _Jim Toner_
Rachelle Hawley                       Jim Toner - CSS

_Rudy Cordell_
Rudy Cordell
Superintendent Airport Passenger Services - CVG

Δ EXHIBIT 6
Deponent Henry
Date 10-7-10  Rptr.
WWW.DEPOBOOK.COM

**Delta Air Lines** — **Performance Evaluation**

**ACS - Public Contact Evaluation Form**

| Name: Rachelle D. Henry | Title: Customer Service Agent | | | Emp. # 288225 |
|---|---|---|---|---|
| Per. Leader: K.E.Carbone | Division: Airport Customer Service | Dept. # 125 | Station CVG | Year 2006 |

The following behaviors from your Customer Service Profile are critical components which support achieving excellence in customer service and individual performance. You will be assessed on these critical components at your 2005 review period. A complete listing of the Customer Service Profiles can be found at: http://dalweb/competency/fle.htm

Indicate the rating for each of the customer service behaviors below:

| KNOWLEDGE, SKILLS AND ABILITIES | Employee | | | Team Leader | | |
|---|---|---|---|---|---|---|
| **CUSTOMER SERVICE** | Exceeds | Meets | Unacceptable | Exceeds | Meets | Unacceptable |
| **ADAPTABILITY** Effectively performs required job activities in the midst of changing processes, procedures, environments, and people. Responds effectively to business challenges, new technologies, etc. | X | | | X | | |
| **CONNECTING WITH PEOPLE** Builds productive and effective relationships with others; effectively relates to others as individuals with unique needs and wants. | | X | | | X | |
| **OWNERSHIP OF THE CUSTOMER** Takes prompt action to meet and exceed the requirements of others; is proactive; generates innovative solutions to the situations and problems of others. | | X | | | X | |
| **PASSION FOR SERVICE** Achieve high standards of performance; accurately and efficiently completing assignments and/or tasks. | | X | | | X | |
| **TECHNICAL KNOWLEDGE** Having the technical and professional knowledge needed to do the job; is current with developments and trends in areas of expertise. | X | | | X | | |
| **DECISION MAKING** Identifying and understanding issues, problems, and opportunities; comparing data from different sources to draw conclusions; effectively choosing a course of action or developing appropriate solutions; taking action that is consistent with available facts, constraints, and probable consequences. | | X | | | X | |
| **PLANNING AND ORGANIZING** Effectively managing one's time and resources to ensure that work is completed effectively. | | X | | | X | |
| **INTERPERSONAL SKILLS** | Exceeds | Meets | Unacceptable | Exceeds | Meets | Unacceptable |
| **COMPOSURE** Remains composed in stressful or challenging situations, maintains a positive attitude in difficult situations. | | X | | | X | |
| **CONFLICT MANAGEMENT** Using appropriate skills to reduce tension or conflict between people. | | X | | | X | |
| **COMMUNICATION** Clearly conveying information and ideas to others in a manner that engages them and helps them understand and retain the message. | X | | | X | | |
| **TEAMWORK** Working effectively and cooperatively with others to solve problems and accomplish goals. | | X | | | X | |
| **COMPLIANCE** | Exceeds | Meets | Unacceptable | Exceeds | Meets | Unacceptable |
| **SAFETY** Identifies and corrects conditions that affect employee and customer safety and security; upholds standards; acts as an advocate; meets all regulatory and compliance requirements. | | X | | | X | |
| **INTEGRITY & TRUST** Supports and adheres to Delta's policies and procedures. Exercises sound judgment in dealing with others. Seeks and provides accurate information. | | X | | | X | |

EXHIBIT 7
Deponent Henry
Date 10-7-10  Rptr. PJS
WWW.DEPOBOOK.COM

DL 000168

1

ACS - Evaluation 2004

**Delta Air Lines**        **Performance Evaluation**

ACS - Public Contact Evaluation Form

For any category above where the team leader rating and employee rating differ, the team leader will provide detailed comments regarding performance expectations.

*Adaptability*-Rachelle proactively and rapidly embraces process changes. She is an individual who demonstrates diversified skills and the ability to respond quickly and accurately.
*Technical Knowledge*- Rachelle demonstrates a high level of technical competence, and effectively encourages a higher understanding of resources and the willingness to assist peers in clarification and utilization.
*Communication*- Rachelle communicates with strong credibility, in a manner that is clear and concise.
*Teamwork*-Rachelle promotes powerful team dynamics. She established realistic expectations while prioritizing accountably and group unity. *Integrity & Trust* – Rachelle adheres to ethical principles that reflect the highest standards of organizational and individual behavior.

| Appearance: Meets Delta's uniform appearance standards | Attendance: |
|---|---|
| Acceptable : ☒      Unacceptable: ☐ | Acceptable ☒      Unacceptable ☐ |
| | #Days/Hours/Occasions Absent: 2/0/1      #Occasions Tardy: 0 |
| **Team Leader Comments:** | **Team Leader Comments:** |
| | |

**Employee Comments on Performance:** Summarize your major accomplishments, along with your areas of strength. Discuss with your team leader where you feel your strengths can be applied.

**Team Leader Comments on Performance:** Summarize your assessment of the employee's performance considering all aspects of performance (customer service profiles, observations, peer, supervisory and customer feedback). Also, include areas of strength and discuss with the employee opportunities where their strengths can be applied.
**Rachelle is a model of performance and reliability, who has maintained outstanding technical and professional abilities. To accomplish this, throughout the last three months while coping with caring for a sick child and the pressures of maintaining your family and church life is an undertaking worth of our praise and admiration. I echo the comments of your previous performance leader, that you have accomplished an enormous undertaking admirably and are truly an inspiration to all you have come in contact with.**
   **Thank you for what you have given to Delta, those around you and especially supervision.**

**Performance Rating Summary:** Assign an overall performance rating based on the degree to which overall performance expectations have been met.

☐ Exceeds – Exceeds the majority of performance expectations and consistently demonstrates Delta customer service behaviors.

X   Meets - Consistently meets, and in some cases exceeds, performance expectations and demonstrates Delta customer service behaviors.

☐ Unacceptable - Rarely meets performance expectations or demonstrates Delta customer service behaviors.

_____
Employee Signature

_____
Next Level Signature

_____
Lead Agent Signature/ Performance Leader

12/29/06
Date Discussed with Employee

DL 000169

2        ACS - Evaluation 2004

**Delta Air Lines**  
**Performance Evaluation**  
ACS - Public Contact Evaluation Form

| Name<br>Henry, Rachelle | Title<br>SCSA | | | Emp. #<br>288225 |
|---|---|---|---|---|
| Performance Leader<br>George Gergits | Division: Airport Customer Service<br>ACS | Dept. #<br>125 | Station<br>CVG | Year<br>2007 |

The following behaviors from your Customer Service Profile are critical components which support achieving excellence in customer service and individual performance. You will be assessed on these critical components at your 2005 review period. A complete listing of the Customer Service Profiles can be found at: http://dalweb/competency/fle.htm

Indicate the rating for each of the customer service behaviors below:

| KNOWLEDGE, SKILLS AND ABILITIES | Employee | | | Performance Leader | | |
|---|---|---|---|---|---|---|
| **CUSTOMER SERVICE** | Exceeds | Meets | Unacceptable | Exceeds | Meets | Unacceptable |
| **ADAPTABILITY** Effectively performs required job activities in the midst of changing processes, procedures, environments, and people. Responds effectively to business challenges, new technologies, etc. | | X | | X | | |
| **CONNECTING WITH PEOPLE** Builds productive and effective relationships with others; effectively relates to others as individuals with unique needs and wants. | X | | | X | | |
| **OWNERSHIP OF THE CUSTOMER** Takes prompt action to meet and exceed the requirements of others; is proactive; generates innovative solutions to the situations and problems of others. | X | | | X | | |
| **PASSION FOR SERVICE** Achieve high standards of performance; accurately and efficiently completing assignments and/or tasks. | | X | | X | | |
| **TECHNICAL KNOWLEDGE** Having the technical and professional knowledge needed to do the job; is current with developments and trends in areas of expertise. | | X | | X | | |
| **DECISION MAKING** Identifying and understanding issues, problems, and opportunities; comparing data from different sources to draw conclusions; effectively choosing a course of action or developing appropriate solutions; taking action that is consistent with available facts, constraints, and probable consequences. | X | | | X | | |
| **PLANNING AND ORGANIZING** Effectively managing one's time and resources to ensure that work is completed effectively. | | X | | | X | |
| **INTERPERSONAL SKILLS** | Exceeds | Meets | Unacceptable | Exceeds | Meets | Unacceptable |
| **COMPOSURE** Remains composed in stressful or challenging situations, maintains a positive attitude in difficult situations. | | X | | | X | |
| **CONFLICT MANAGEMENT** Using appropriate skills to reduce tension or conflict between people. | | X | | | X | |
| **COMMUNICATION** Identifies and corrects conditions that affect employee and customer safety and security; upholds standards; acts as an advocate; meets all regulatory and compliance requirements. | | X | | | X | |
| **TEAMWORK** Working effectively and cooperatively with others to solve problems and accomplish goals. | | X | | | X | |
| **COMPLIANCE** | Exceeds | Meets | Unacceptable | Exceeds | Meets | Unacceptable |
| **SAFETY** Identifies and corrects conditions that affect employee and customer safety and security; upholds standards; acts as an advocate; meets all regulatory and compliance requirements. | | X | | | X | |
| **INTEGRITY & TRUST** Supports and adheres to Delta's policies and procedures. Exercises sound judgement in dealing with others. Seeks and provides accurate information. | | X | | | X | |



1

DL 000165

ACS - Evaluation 2004

Delta Air Lines     Performance Evaluation

ACS - Public Contact Evaluation Form

For any category above where the team leader rating and employee rating differ, the Performance Leader will provide detailed comments regarding performance expectations.

Rachelle's self assessment is very accurate and explained in detail. I differ in 3 categories, Adaptability, passion for service and technical knowledge.

| Appearance: Meets Delta's uniform appearance standards. | Attendance: |
|---|---|
| Acceptable: ☒ X     Unacceptable ☐ | Acceptable ☒     Unacceptable ☐ |
| | #Days/Hours/Occasions Absent: 0/0/0    #Occasions Tardy: 0 |
| **Performance Leader Comments:** | **Performance Leader Comments:** |
| Rachelle adheres to uniform guidelines most of the time. | Great reliability. |

**Employee Comments on Performance:** Summarize your major accomplishments, along with your areas of strength. Discuss with your Performance Leader where you feel your strengths can be applied.

I am always careful to use language that builds others up and expresses my appreciation of customers business. I am always attentive and careful to ensure understanding. I consistently am able to recognize immediate as well as potential problems and proactively seek information to ensure best possible outcome. I always search for opportunities to respond and generate solutions for both customers and team. I am quick to assist other team members without direction. I consistently utilize maximum resources to give quality customer service.

**Performance Leader Comments on Performance:** Summarize your assessment of the employee's performance considering all aspects of performance (customer service profiles, observations, peer, supervisory and customer feedback). Also, include areas of strength and discuss with the employee opportunities where their strengths can be applied.

Rachelle has faced major changes not only professionally, but personally as well. She has remained positive throughout and reflects this in her customer service. Because of this, I have shown her exceeding in adaptability. Her passion for service is reflected in the time she spends with each customer to provide outstanding service. She stays up to date with computer enhancements, often times advising and explaining these changes to other agents in morning briefings. She is knowledgeable and well spoken, often times correcting statements made by the leadership team. This helps keep the leadership honest and provides more team cohesion and camaraderie. She has a natural ability to lead, mentor and coach. I encourage her to consider stepping back into leadership when she feels the time is appropriate. She is a solid team member and a pleasure to work with.

**Performance Rating Summary:** Assign an overall performance rating based on the degree to which overall performance expectations have been met.

☐ Exceeds – Exceeds the majority of performance expectations and consistently demonstrates Delta customer service behaviors.

X    Meets - Consistently meets, and in some cases exceeds, performance expectations and demonstrates Delta customer service behaviors.

☐ Unacceptable - Rarely meets performance expectations or demonstrates Delta customer service behaviors.

_____      _____
Employee Signature                                                Performance Leader Signature

                                                                     19 JUNE 07

_____      _____
Next Level Signature                                             Date Discussed with Employee

# Delta Air Lines

## Performance Evaluation

### ACS - Public Contact Evaluation Form

| Name | Title | | | Emp. # |
|---|---|---|---|---|
| Henry, Rachelle | CSA | | | 288225 |
| Performance Leader | Division: Airport Customer Service | Dept. # | Station | Year |
| Gergits, George | ACS | 125 | CVG | 2008 |

The following behaviors from your Customer Service Profile are critical components which support achieving excellence in customer service and individual performance. You will be assessed on these critical components at your 2005 review period. A complete listing of the Customer Service Profiles can be found at: http://dalweb/competency/fle.htm

Indicate the rating for each of the customer service behaviors below:

| KNOWLEDGE, SKILLS AND ABILITIES | Employee | | | Performance Leader | | |
|---|---|---|---|---|---|---|
| **CUSTOMER SERVICE** | Exceeds | Meets | Unacceptable | Exceeds | Meets | Unacceptable |
| **ADAPTABILITY** Effectively performs required job activities in the midst of changing processes, procedures, environments, and people. Responds effectively to business challenges, new technologies, etc. | | X | | | X | |
| **CONNECTING WITH PEOPLE** Builds productive and effective relationships with others; effectively relates to others as individuals with unique needs and wants. | | X | | | X | |
| **OWNERSHIP OF THE CUSTOMER** Takes prompt action to meet and exceed the requirements of others; is proactive; generates innovative solutions to the situations and problems of others. | X | | | X | | |
| **PASSION FOR SERVICE** Achieve high standards of performance; accurately and efficiently completing assignments and/or tasks. | X | | | X | | |
| **TECHNICAL KNOWLEDGE** Having the technical and professional knowledge needed to do the job; is current with developments and trends in areas of expertise. | | X | | | X | |
| **DECISION MAKING** Identifying and understanding issues, problems, and opportunities; comparing data from different sources to draw conclusions; effectively choosing a course of action or developing appropriate solutions; taking action that is consistent with available facts, constraints, and probable consequences. | | X | | | X | |
| **PLANNING AND ORGANIZING** Effectively managing one's time and resources to ensure that work is completed effectively. | X | | | X | | |
| **INTERPERSONAL SKILLS** | Exceeds | Meets | Unacceptable | Exceeds | Meets | Unacceptable |
| **COMPOSURE** Remains composed in stressful or challenging situations, maintains a positive attitude in difficult situations. | | X | | | X | |
| **CONFLICT MANAGEMENT** Using appropriate skills to reduce tension or conflict between people. | X | | | X | | |
| **COMMUNICATION** Identifies and corrects conditions that affect employee and customer safety and security; upholds standards; acts as an advocate; meets all regulatory and compliance requirements. | | X | | | X | |
| **TEAMWORK** Working effectively and cooperatively with others to solve problems and accomplish goals. | | X | | | X | |
| **COMPLIANCE** | Exceeds | Meets | Unacceptable | Exceeds | Meets | Unacceptable |
| **SAFETY** Identifies and corrects conditions that affect employee and customer safety and security; upholds standards; acts as an advocate; meets all regulatory and compliance requirements. | | X | | | X | |
| **INTEGRITY & TRUST** Supports and adheres to Delta's policies and procedures. Exercises sound judgement in dealing with others. Seeks and provides accurate information. | | X | | | X | |


EXHIBIT 9
Deponent Henry
Date 10-7-10 Rptr. PJ
WWW.DEPOBOOK.COM

1    DL 000005    ACS - Evaluation 2004

| Delta Air Lines | Performance Evaluation |

ACS - Public Contact Evaluation Form

For any category above where the team leader rating and employee rating differ, the Performance Leader will provide detailed comments regarding performance expectations.

~~Two areas differ, adaptability and technical knowledge. Rachelle has faced a multitude of changes and continues to embrace change. She is~~ very well read when it comes to policy and computer enhancements, utilizing this knowledge to assist our passengers.

| Appearance: Meets Delta's uniform appearance standards | Attendance: |
|---|---|
| Acceptable: ☒ X   Unacceptable: ☐ | Acceptable ☒   Unacceptable ☐ |
| | #Days/Hours/Occasions Absent: 1/0/1   #Occasions Tardy: |
| Performance Leader Comments: | Performance Leader Comments: |
| Rachelle adheres to uniform guidelines. | Outstanding attendance. |

**Employee Comments on Performance:** Summarize your major accomplishments, along with your areas of strength. Discuss with your Performance Leader where you feel your strengths can be applied.

Ownership of the customer and passion for service as well as strong interpersonal skills drive my performance. As areas of strength they provide a strong foundation on which to build all other competencies.

**Performance Leader Comments on Performance:** Summarize your assessment of the employee's performance considering all aspects of performance (customer service profiles, observations, peer, supervisory and customer feedback). Also, include areas of strength and discuss with the employee opportunities where their strengths can be applied.

Rachelle has adapted very well to the ongoing changes Delta has faced. She has faced some personal challenges as well over the past few years, but continues to maintain a positive attitude while dealing with our customers. She takes full ownership of our passengers making certain they have all they need to continue on their journeys. Even to the point of staying beyond her shift to accomplish this. This also lends itself to the passion she has for the job, our passengers and her peers. Technically, she is very well versed in computer enhancements, often times advising all agents in briefing of a change she has come across. She plans her flight activity carefully being absolutely certain she has covered all bases. She is very well organized and usually has everything ready to go at departure time. Occasionally the unexpected does occur, but she makes the necessary adjustments and moves on. As a former Lead agent, she has the ability to assess potentially difficult situations. Once she has identified the situation, she is quick to keep it from escalating into any real conflict. Rachelle is a good communicator having her facts and information at hand. She does however deliver some information in a manner that is not always accepted by her peers. Although her information may be sound and correct, as a suggestion, she may wait until she is approached before communicating new information to others. Rachelle is a strong member of the AM team and a pleasure to work with.

**Performance Rating Summary:** Assign an overall performance rating based on the degree to which overall performance expectations have been met.

☐ Exceeds – Exceeds the majority of performance expectations and consistently demonstrates Delta customer service behaviors.

X Meets - Consistently meets, and in some cases exceeds, performance expectations and demonstrates Delta customer service behaviors.

☐ Unacceptable - Rarely meets performance expectations or demonstrates Delta customer service behaviors.

_____   _____
Employee Signature           Performance Leader Signature

_____   3 0 JUN 08
Next Level Signature         Date Discussed with Employee

7-14-08

Re: Meeting to clarify accusations made about details surrounding Flt I primaried going to SAN 6/08/08

Asked whether I was approached by my performance leader George Geigits either 6/8 or anytime prior to that date to do him a "favor" on seating for his and his childrens NESA trip to SAN.

George did not approach me at all regarding the flight until about 1 hour before flight time when we discussed whether he would prefer row 10 or row 18. He said row 10 would be great if it worked out. He then left the gate and did not return until the flight was almost ready for departure.


Δ EXHIBIT 10
Deponent Henry
Date 10-7-10  Rptr. PS
WWW.DEPOBOOK.COM

DL 000139

7-14-08

Asked about key stroke activity that indicated I intentionally "hung" seats in alternate log in area. I responded that it is not my practice to do that, but that I do create CVG protect records in alternate log in levels occasionally in order to protect seats for other agents who express a need for them on their own overbooked flights. My practice, however, is to end the record with documentation as to the need. As to why I failed to end the record and document on 6/8 I can only say it was accidental and unintentional. I cannot remember the specifics that may have warranted it.

DL 000140

7-14-08

Asked how I failed to clear medallions into the available first class seats, I responded that due to the chaotic nature of the activities surrounding the operation and the passengers on that flight, I was late to board, overwhelmed with questions, and in attempting to manage boarding efficiently failed to clear my HSL in a timely manner. As such, the medallion passengers had all boarded the flight by the time I was able to realize that there were still open F/C seats to assign. In keeping with policy, I looked for the next passenger on the list who had not yet boarded + cleared them into the seat. I explained that this is standard practice for me.

Rachel Henry 288225

DL 000141