Pete [illegible]

Pam Travel - dropped [illegible] MCO flight [illegible]

GG [illegible] gate [illegible] - [illegible] at the gate 2-3 hrs always

[illegible]

SVA [illegible]

1 hour [illegible] standard [illegible]

not unusual to assign [illegible] gate - [illegible] perception [illegible]

Heard [illegible]

[illegible]

F/C board [illegible] - boarded [illegible]

not against policy to [illegible]

GG behavior [illegible]

[illegible]

Typically - [illegible] would have been [illegible] to handle [illegible] differently

If we have time - we [illegible]

[illegible]

[illegible]

GG - [illegible]

[illegible]

[illegible] - PE went to [illegible]

[illegible]

GG [illegible] when he [illegible]

GG [illegible] badge [illegible]

Kircher
EXHIBIT NO. 1
AMS DEPO
513-941-9464

DL 000669

didn't hear [illegible] announcements

- [illegible] tp [illegible]

- 3 [illegible] hung [illegible] clear

- In [illegible] asked if he was aware of [illegible] going [illegible]

- BA [illegible] 1000 [illegible]

- agents said [illegible] in [illegible]

- loaded 1 per [illegible] - 39 (GJAD) [illegible] in 4AB - hung

- 4AB hung 4B - 0847 (Recd [illegible] hung [illegible])

- why didn't she clear [illegible]

- 4B to 4C at 0851

- 4C to 10 at 0851

- [illegible] boarded at 0913 - late connect from [illegible] flight - [illegible]

- unusual for him to do this

6/16/01

Harold

Come in late Monday - 0800 - agents pulled off

GC - Bauman or someone to work the flight

- he wanted the retired guys to work flight
- George asked [illegible] to work flight
- other agents were watching the flight
- 2 weeks - he asked me if I was working the schedule - wanted to get retired guys to work flight - getting on the flight
- GC is on a cruise
- can't remember who he may have talked to [illegible] in hallway
- [illegible] was not unusual (2 weeks out)
- 0915 - people gone from gate
- not unusual for them to board early to not have to check bag
- you don't have to get them upgraded once onboard
"however unusual to put names even" "one or two times I've seen"
- schedule up to leads - [illegible] among [illegible]
- some agents [illegible] [illegible] no [illegible] together
- not uncommon to [illegible] [illegible] [illegible] [illegible]
"hurry up" "hang up" [illegible] [illegible] seat
- A 05 [illegible] [illegible]
- agents [illegible] leads [illegible] do and [illegible]

Pam

[illegible]

- 0800 [illegible] - [illegible] [illegible] [illegible] [illegible] - did [illegible] together
- [illegible]
[illegible] [illegible] [illegible] was boarded
[illegible] [illegible] the [illegible]
- [illegible] [illegible] like [illegible] boarded
- [illegible] - [illegible] [illegible]

6/30/08

Patsy Zimmer

Pam travel - dropped by MCO flight - where's Rachelle - 0530 briefing
GG asked Rachelle to work his flt Karen Mandel - announced in briefing
GG behind gate constantly - he's at her gate 2-3 hrs always
"Carrying on like they always do"
people watching because he asked RH to work
PZ working
SNA - RH assigned F/C seat over med
1 hung standard practice to AO
not unusual to assign RH gate - however perception of RH/GG close relationship
Heard G Dorman / Kerry Clark - to work - secondhand
did GG ask him to work flt? (KC not here)
B2/ - no F/C in all announcement
F/C board - watching the screen - boarded to get bags on
not against policy to put non rev when stby boarded
GG did not want F/C - he wanted seats together
GG behind podium - he had to know 6 med on stby list
2 open F/C + 1 hung
med at row 11 - perception of med seeing GG's family on flt
Typically - RH would have been able to handle it differently
If we have time - we move them up
PZ never been in situation - 1 F/C never - not 3

GG wearing badge? Doesn't know

PAYROLL ISSUE
GG - MSS transaction incorrectly - he put in wrong code
How does it get corrected if we didn't bring it to GG's attention
3 x - PZ went to GG directly after GG did not respond to payroll email
They're not going to make you pay that back are they?
GG did not act when he got the rejection notice

Kircher
EXHIBIT NO. 2
AMS DEPO
513-941-9464

RA

- didn't hear [illegible] any FG comments
- [illegible] - [illegible]
- 2 seats hung - she will clear
- 15 min before agents asked if he was aware of what's going on
- RA - saw 10 OC family
- agents said - no in F/C
- cleared 1 rev stby - 3 (COAD) min in 4AB - hung
- 4AB hung 4B - 0847 (Rach = cleared hung seats)
- why didn't she clear other stby
- 4B to 4C at 0851
- 4C to 10 at 0851
- Good boarded at 0913 - late connect from Norf flight - auth to hold
- unusual for her to do this

[illegible] boarded

6/16/08

Harold

Came in late Monday - 0800 - agents pulled off
GC - Bowman or someone to work his flight
- he wanted the retired guys to work flight
- George asked RH to work flight
- other agents were watching the flight
- 2 wks - he asked me if I was working the schedule - wanted to get retired guys to work flight - getting on the flight
- GG is on a cruise
- can't remember who he may have talked to others in hallway
- flt was not oversold (2 wks out)
- 0915 - people gone from gate
- not unusual for them to board early to not have to check bag
- you don't have to get them upgraded once onboard
"however unusual to put nonrevs even ↑" "one or two times I've seen"
- Scheduler up to leads - work it among ourselves
- some agents bad to deal w/ nonrevs - i.e. no seats together
- not uncommon to line up agents + work flt when nonrevving
"hung up" hang up" - no one can give out seat
- A00 ↑ and it's gone → no seats
- agents + leaders can do and it's common practice

Pat

- not working in area
- 0500 briefing - RH was requested to work SAN flt - didn't think anything of it
- some agents don't take care of nonrevs
- agents felt flight was underhanded
- didn't hear the retiree comment
- some move some don't when need boarded
- connection - don't know if they're connected

## D. Jolley investigation:

-GS advised GK and I he had written statements from agents whom DJ used to book reservations on 6-11-08
-Come to find out, GS never had the statements and had to obtain them
-On 6-24-08, RPU, GK, GS and I planned to interview DJ
-Instead of meeting first then calling up DJ, GS pre-arranged an AGENT to bring up DJ right at meeting time. As a result, DJ overheard the planning session.

## RH/GG investigation

-Investigation began on 6-11-08 and concluded on 8-8-08 - GS' excessive absences?
-When it came to interviewing RH, GS advised RPU, GK and I to meet on 7-14-08 at 1100 (RPU flying in arriving 10amish)
-GS advised NOT to pre-arrange RH to come up like he did with DJ
-On the morning of 7-14-08, I happened to walk in with Sam Tumminello at 0830 who said he was on his way to advise RH of a 0930 meeting with us in the director's room.
-I immediately called to confirm with GK the time hasn't changed from 1100 – GK advised time did not change.
-I called ST to advise not to say anything yet to RH
-I called GS to determine if there was a change – he said RH will be "out of here" by 0930 however is scheduled off at 1000 – GS never told any of us 1100 would not work?
-I asked GS to tell ST when to advise her to come up – that never happened.
-During 0930 briefing, I asked GS again if RH was coming up after her shift – he said yes.
-At 1010 – we're all ready to meet and no RH
-I called ST and he advised she left but will try to catch her
-Unfortunately, we didn't catch her however she agreed to come back from home
-RH returned to meet with us in street clothes
-Leader conf call on 7-30-08/1600 to concur RH is term and GG is PIP
-During call, GS indicates GG is not serious offense, resists suspension and goes on to say "if we all said something we shouldn't, we'd all be in trouble"
-GS also expressed concern (twice) on how long should GG be susp?
-Conclusion of call; RH term, GG PIP and both on susp.
-GG susp until PIP is ready to be delivered
-On 7-30-08 CC – CZ implied the two of them should be susp together (same date) Sun/Mon
-7-30-08 – KM informs me Sun am should be the time and implied CZ indicated this with PB
-PB and I discuss ensuring it's the beginning of their shift – both come in early
-8-4-08 – I was informed at 0910 by PB suspensions didn't take place and if I could sit in – I could not
-8-4-08 – Both were susp end of their shift. Per GS, both were given opportunity to write another statement and they chose not to.
-On 8-4-08, I was informed b GS he didn't agree with RH term decision – I referred him to PB since I was under impression we concurred on the 7-30-08 CC.
[redacted]
-GS explains on 8-8-08 CC he has no concern with bringing GG back to leadership position
-I reminded GS on 8-11-08 he has 2 PIPs to prepare – he replied he's working on mid-years
-8-13-08 – I went to look up RH emp number and discovered MSS trans was incorrectly processed – it showed Disc Action/Active status rather than suspended – GG same way
-8-13-08 – In inquire w/ GS what he did; he stated he put Disc Action no pay status and verified with Denise in payroll they won't get overpaid (confidentiality)?

7-14-08 – GS states reason why so many complaints from 125 agents lately is due to time clocks

Kircher
EXHIBIT NO. 3
AMS DEPO
513-941-9464

Kircher
EXHIBIT NO. 4
AMS DEPO
513-941-9464

**From:** Kircher, Deborah
**Sent:** Tuesday, July 15, 2008 7:00 PM
**To:** Henry, Rachelle D
**Cc:** Kuhn, Greg; Schmidberger, Gary
**Subject:** RE: Addendum

Rachelle – thank you for your additional comments. I will add them to the case and please know, I thought I emphasized this yesterday however want to be perfectly clear – we do not have a conclusion at this point. We were seeking the facts on what transpired on that flight from your perspective – and we got that. I will send you the full statement you provided – not a problem.

Rgds,

Deb

*Deb Kircher*, SPHR

Human Resources Generalist, ACS

CVG/BOS Region

859-767-4026

8-752-4026

**From:** Henry, Rachelle D
**Sent:** Tuesday, July 15, 2008 7:32 AM
**To:** Kircher, Deborah
**Cc:** Kuhn, Greg; Schmidberger, Gary
**Subject:** Addendum

Deb,

You asked a question yesterday that inquired as to why I think anyone would feel compelled to target me and make accusations such as they have. I don't remember your question verbatim, but that was the gist of it. I know that my response was emotional and insufficient as for the last six weeks the answer to that question has eluded and troubled me more than you can imagine. I have been unable to reconcile to it until last night.

As I mentioned yesterday, certain agents and Leads with whom I work daily have exhibited strange, alienating,

shunning and malicious behaviors toward me. As I listened to what the four or you outlined and then processed that in the context of the dynamics of my daily and weekly work environment, things began to make some sense.

Prior to this event, Harold Christiansen who has been my Lead for years, sought me out on a daily basis in a relentless manner in order to malign members of senior management, express his resentment and feelings of being underappreciated for his efforts and having his suggestions for improving the operation categorically dismissed by his direct supervisors and their leaders. He would often relay provocative (albeit inappropriate) comments about behind close door conversations he and other Leads had with their Performance Leaders about my peers. Countless times he tried to elicit my support and validation of his negative feelings against other Leads Joanne Stefan, Pae Caudill, Patsy Zimmerman (when she was in the Lead Program), and Rick Cropenbaker. He did the same regarding Performance Leaders Mike Murphy, George Gergits, and Sam Tumminello. I made a genuine effort to dismiss his comments, or redirect the conversation which on one occasion met with an angry outburst about my lack of understanding of all matters Delta. Later he apologized for his outburst. Apology accepted. Needless to say, I chose to tread lightly around him and tried to maintain an appropriate relationship as he is often my direct supervisor and had the potential to make things difficult for me.

Additionally, Patsy Zimmerman has been outspoken in her disdain for George Gergits specifically, and Delta management in general, in numerous direct conversation with me. I try to listen and empathize when my colleagues are notably angry and upset so as to offer some solace, but regardless of my attempts to appease her anger on the subject, she maintained her stance and even appeared to go out of her way to avoid having to work with me. One one occasion she said to me after George walked away from the gate the two of us were working, " I already told them not to put me with Julie Donohue, I guess I will have to add your name to the list".

I spoke briefly yesterday about my tendency to be outspoken in my comments as they pertain to the implementation of ACS policy. To that end I should mention that very recently, in fact not long before this incident, Pae Caudill gave numerous briefings in which she repeatedly relayed what I knew to be inaccurate information about Breezeway boarding policy changes. Not only was the information she relayed wrong, but delivered in a disdainful and sarcastic tone and comments that made it clear to all listening that she did not agree with what Gary Schmidberger had to say on the subject and felt the entire Breezeway initiative was ridiculous. The first day I simply approached her in her office with a copy of the most recent bulletin on the matter and highlighted what I thought to be clarification on the matters in which we disagreed. I asked that she attempt to get clarification as I wished to comply but did not completely understand what she was saying. The next days briefing was very similar in vein and contained additional information about the new involuntary DBC payout process. Again it was delivered with inaccurate content. As the policy was to take effect the next day I spoke up in briefing to contradict her comments and express how I understood the policy to read. She said she had not read it fully and would need to do so.

When I consider that these are the individuals from whom I have experienced the most hostility in the last 6 weeks, it follows for me that they are most likely some of the individuals on whose comments you have based your conclusions to date. That said, I feel it is incumbent on those involved in the investigation of these allegations to consider the possibility that they may be building a case on the distorted comments of agents with a personal vendetta or otherwise compromising agenda. Also, you repeatedly mentioned the seriousness of this situation, I feel that these observations are important for me to note in writing.

Would you please add a printed copy of this email to the handwritten statement I left with Greg Kuhn yesterday afternoon? Also, would you please send me a copy of the full statement for my records?

Thank you,

Rachelle Henry

288225

On this flight, CVG Performance Leader – George Gergits and his 3 family members traveled as non-rev passengers. 3 of George's family members were cleared in F/C and George was seated in row 10 (coach). There were 6 revenue standbys for F/C on this flight who boarded in Y/C. Several CVG agents saw George's 3 family members cleared in F/C over revenue passengers and they questioned the way CVG agent, Rachelle Henry, worked the flight. Below includes a synopsis of activity for flight 1213/08June:

- Several days prior to the flight, George "joked" with several agents taking a package that they could work the flight that him and his family members were planning to travel on so they could get them in F/C without getting in trouble since they're leaving. In addition, there's a perception the 2 of them are friends. This caused many agents to observe the flight.
- George asked the Lead agent who had oversight of this flight to assign Rachelle Henry to the flight.
- Rachelle Henry is not taking an exit package.
- The lead announced in the morning briefing that George requested Rachelle to work the flight.
- Flight 1213/08June had 20 open seats in Y/C.
- Rachelle begins working the flight at 0717 for a 0915 departure.
- Rachelle pulls up last name Gergits at 0721
- Rachelle books 3 F/C seats at 0723 under name CVGPROT and Special remarks – Protect for AA per IROP UA
- Rachelle never ends the record – seats become hung (4 ABD)
- 6 Revenue F/C passengers boarded their coach seats at 0849, 0850, 0855, 0855, 0858, 0903
- Rachelle moves a revenue F/C passenger from 4B to 4C then to 1D at 0851 (not per passenger request – passenger was coming in from a late inbound connection)
- Several times during this flight Lead agent offered to assist. Rachelle advises Lead she has 2 F/C seats hung and Lead offers to AQQFIX them – she says she'll take care of it.
- Gergits family cleared in row 10 (coach) at 0902.
- 0903 – Gergits family placed back in standby list
- 0904 – 3 Gergits family members cleared in F/C – 4 ACD
- 0906 – George Gergits cleared in 10C
- 0915 – flight departs

Before the end of the day on June 8, CVG Leaders were contacted on improprieties on how this flight was worked and a different Performance Leader put an e-mail out to all agents indicating the standby list was cleared in error, it was a mistake, and we'll learn from the mistake and move on.
The following morning, the standby list after it was cleared was posted in break rooms with agents wondering how this could be "okay."

Rachelle and George were interviewed by HR Deb Kircher, 125 Hub Dept Mgr, Gary Schmidberger, Corporate Security Greg Kuhn and RPU representative Tammy Mauer on July 14.

Rachelle:

- Rachelle did not remember why she hung 3 F/C seats at 0721 – she repeatedly said she didn't know or remember why she did it.
- Rachelle was asked what she normally does when she hangs seats and she stated she documents the record and ends it.
- When Rachelle was asked why she didn't do it in this case, she said she didn't know – it was accidental and unintentional.
- Rachelle said she frequently hangs F/C seats for various reasons and doesn't recall why she did this on this flight or why she didn't end the record.
- Rachelle stated George did not ask her to hang the seats or do anything against policy to get him and his family in F/C.
- The only conversation George and Rachelle had (according to Rachelle) was how does the flight look and if they would prefer row 10 or 18.
- Rachelle acknowledges there's a perception of her and George being friends because they have coffee every morning.
- Rachelle stated she cleared the Gergits family in F/C over revenue standbys because the revenue were all onboard.

Kircher
EXHIBIT NO. 5
AMS DEPO
513-941-9464

DL 000146

George:

- George admitted he "jokingly" asked Kevin Clark, Paul Bowmann and Gary Bowman to work his SAN flight on June 8 so he and his family could get in F/C and they wouldn't get in trouble because they're taking a package.
- The day before departure, George requested Rachelle to work the flight since he knows she'll make an effort to seat them together.
- George stated the conversation he had with Rachelle regarding this flight is if she could get his 6'4" son in F/C if possible, if not that was fine.
- George stated he saw they were cleared in row 10 and when they went to board, 3 of his family members were in F/C.


Initially, the decision was made not to suspend Rachelle or George.  However, upon closer review, several inconsistencies between their respective explanations and Delta's records and other facts were noted, These inconsistencies caused their operation leaders to question the truthfulness of their accounts, and each was suspended pending further review of their continued employment..



**Internal Memorandum**
**Date: July 15, 2008**

**TO:** Paulette Henderson, Manager - Revenue Protection Unit, Dept. 687/ATG
**FROM:** Tammy Mauer, Revenue Protection Unit, Dept. 687/ATG
**SUBJECT:** Case 32912 - Rachelle Henry, EN 028822500, DOE 07/21/86, CVG

**DATE/LOCATION:** July 14, 2008, CVG Airport Main Terminal Conference Room

**INTERVIEWERS:** Tammy Mauer - Revenue Protection Unit

**PREDICATION:**
Employee 288225, Rachelle HENRY was interviewed due to information received by Deb Kircher, Human Resources in CVG. Other employees in the station are questioning activity on flight 1213/08Jun CVG to SAN, in which HENRY was the primary gate agent. Employees are stating CVG Performance Leader George Gergits was standing by, NRSA, with his three children. Gergit's three children were cleared in first class, while revenue upgrade passengers boarded with their coach seats. The other employees are stating that HENRY and Gergits are friends and believes that the upgrade list was not handled appropriately.

The investigation revealed that HENRY booked 3 first class seats approximately 2 hours before flight time. The seats were booked in a different area of the computer and were booked under the name CVGPROT/A/B/C. The booking was never ended, causing the seats to be hung.

Revenue lost for the three first class seats was $4,197.00.

**INTERVIEW:** (Rachelle Henry)
The interview of Rachelle HENRY was held at the CVG airport main terminal conference room. Present in the interview was Greg Kuhn, Corporate Security, Deb Kircher, Human Resources, Gary Schmidberger, Station Manager, and the writer.

After introductions were made, Greg Kuhn asked HENRY if she knew why we were talking to her today. HENRY stated she had no idea. Greg explained that we needed to discuss what had transpired on flight 1213/08Jun CVG to SAN. Greg asked HENRY if she knew what people were saying about that flight. HENRY stated she did not know what people were saying, but she did know she was being treated differently by other employees. HENRY stated she would be left at the gate by herself with no assistance and people would actually walk down the other side of the hallway as her. HENRY also stated that inappropriate comments were made about her and Performance Leader George Gergits. Other agents were even suggesting the two had a personal relationship. HENRY stated she would try her best not to react to the comments.

Kircher
EXHIBIT NO. 6
AMS DEPO
513-941-9464

Greg Kuhn asked HENRY if she knew that George Gergits and his family were traveling on the
SAN flight on June 8th. HENRY stated yes. Greg asked HENRY if she knew George had
requested for her to work that flight. HENRY stated no. HENRY stated when she came into
work on June 8th, her Lead advised her that she needed to work the flight to SAN. Greg asked
HENRY if George had asked her to take care of him and his family on this flight. HENRY stated
the only thing George asked her was how the flight looked for non revenue travel.

The writer asked HENRY to rate herself as a gate agent. HENRY stated she was exceptional.
The writer asked HENRY to explain her procedure for checking in a flight. HENRY stated she
would pull the predeparture paperwork and check for connections on the flight. HENRY also
stated she would look for passengers traveling together and try to move people around to get
them seats together. The writer asked HENRY if she recalled any irregular operation on this
flight. HENRY stated she received a call to hold for approximately 12 connecting passengers
from a late flight. The writer asked HENRY if this was a connection carrier flight. HENRY
stated yes. The writer asked HENRY if she could recall any other irregularities. HENRY stated
no. The writer asked HENRY to explain how she would handle the standby list on a flight.
HENRY stated she would do all possible to get standby and non revenue passengers together, she
would sometimes ask revenue passengers to move around to get people together. The writer
asked HENRY to explain what happened with the upgrade standby passengers on flight 1213 on
June 8th. HENRY stated she had a hard time handling the flight and the standby list that day.
HENRY stated she recalled the upgrade standby passengers asking her how it looked, and she
told them that it may be possible to upgrade. The writer asked HENRY if she ever asked them to
wait in the gate area, or if she told them to go ahead and board with their coach seat. HENRY
stated she never makes an announcement about either of those things. HENRY stated she gets to
the list as soon as she can and if the upgrade passengers have already boarded, then she moves to
the next people on the list. The writer then stated to HENRY, in this case, the next people on the
list were the Gergits family. HENRY stated yes.

The writer showed HENRY the keystrokes from the set she was working on at the gate June 8th.
The writer explained to HENRY that she began working the flight at 7:17am and pulled the
predeparture paperwork. The writer also explained that she had removed a through passenger in
first class - 4B to a different seat - 1D. HENRY stated she was trying to get two other passengers
seats together. The writer advised HENRY that the first class passenger was moved before his
flight even got into CVG. HENRY advised it was two other people, but she did not recall the
names. The writer advised HENRY there was no passenger seated in 4A. HENRY could not
explain why no passengers were seated in 4A and B. The writer continued with HENRY'S
keystrokes and explained that at 7:23am she logged into another area in the computer - level C,
and booked 3 first class seats. The writer asked HENRY if she could explain why she booked
those seats. HENRY stated she had no idea. HENRY asked what the names were on the
booking. The writer explained it was booked under CVGPROT. HENRY stated if she booked
protection seats she would always document and end the record. The writer explained the record
was documented at 7:26am "protect for AA per IROP UA", and seats 4ABD were assigned, but

the record was not ended. The writer also advised HENRY there were approximately 20 open seats in coach, and asked why it was necessary to book protection seats. HENRY could not explain the documentation for the IROP and repeatedly stated she did not know why she created the booking.

The writer asked HENRY, as an exceptional agent, and knowing that 3 seats were blocked in first class, why didn't she tell the upgrade standbys to wait in the gate area because their chances to clear in first class were good. HENRY stated she would not tell the upgrade passengers that, she would just tell them it may be a possible to clear in first class. HENRY stated the gate was hectic, because of a lot of things going on and she was working the gate by herself. She stated the standby list kind of got away from her. The writer advised HENRY that the standby list was not that large. There were 7 upgrade passengers, two other non revenue passengers and the Gergits family.

Greg Kuhn advised HENRY that this was very serious and this was her opportunity to tell us if anyone asked her to hold those seats for the Gergits family. HENRY stated that no one asked her to block the seats and she did not know why she blocked them. Greg advised HENRY that he had a statement from another agent saying he offered to help her with the flight and HENRY told him she had a hung seat, but she would take care of it. Greg said it seemed like she knew about the blocked seats, because when the other agent offered to help, she said she had a hung seat. HENRY stated by the time the other agent offered to help her, she had already taken care of the seat issue. The writer advised HENRY to explain why the Gergits family was assigned the hung seats. HENRY stated the upgrade passengers had already gone onboard when she realized the seats were available, and she moved on to the next people on the standby list. The writer advised the next people on the standby list were the Gergits family. HENRY stated yes. The writer asked HENRY again why she booking the 3 first class seats and did not end the record. HENRY stated she already told us that she did not know.

The writer asked HENRY to write a statement regarding what was discussed. After approximately 20 minutes the interview was concluded.

The employee was returned to work pending further investigion.

cc: Kelley Nabors - EO Policy & Procedure
Deb Kircher - Human Resources

## Davis, Tammy

**From:** Mauer, Tammy
**Sent:** Tuesday, July 29, 2008 2:14 PM
**To:** Kircher, Deborah
**Subject:** RE: Final write up for CVGFTO employees 288225 and 348913

Deb,

I looked at all of George's nonrev flights out of CVG since October 25, 2006. I pulled the reservations regarding this travel. Rachelle Henry did not touch any of George's reservations, except the one we discussed.
In addition, we would not be able to determine if first class standbys were cleared inappropriately in the past. The airport standby list is only active for 24 hours. It was, however, determined it was cleared inappropriately on flight 1213, 8 June because the airport standby list was printed before it became inactive.

I hope that helps.

Thank you,
Tammy Mauer
Revenue Protection Unit
404 773-0059

---

**From:** Kircher, Deborah
**Sent:** Monday, July 28, 2008 5:57 PM
**To:** Mauer, Tammy
**Subject:** RE: Final write up for CVGFTO employees 288225 and 348913

Hi Tammy – can you research George's nonrev history to see if RH was working any of his flights? We can go back as far as maybe a year. Also, can we check Rachelle's history to determine any inappropriate clearing of stand-by's for F/C? Thanks, Deb

*Deb Kircher*, SPHR
Human Resources Generalist, ACS
CVG/BOS Region
859-767-4026
8-752-4026

---

**From:** Mauer, Tammy
**Sent:** Tuesday, July 22, 2008 8:17 AM
**To:** Kircher, Deborah; Kuhn, Greg; Schmidberger, Gary
**Cc:** Nabors, Kelley; Guerrant, JoAnne
**Subject:** Final write up for CVGFTO employees 288225 and 348913

Attached is the final write up for CVGFTO employees 288225 - Rachelle Henry and 348913 - George Gergits. Please let me know if you have any questions.

Thank you,
Tammy Mauer

Kircher
EXHIBIT NO. 7
AMS DEPO
513-941-9464

Revenue Protection Unit
404 773-0059

DL 000562

7-14-08

Re: Meeting to clarify accusations made about details surrounding Flt I planned going to SAN 6/08/08

Asked whether I was approached by my performance leader George Gergits either 6/8 or anytime prior to that date to do him a "favor" on seating for his and his childrens NKSA trip to SAN.

George did not approach me at all regarding the flight until about 1 hour before flight time when we discussed whether he would prefer Row 10 or Row 18. He said row 10 would be great if it worked out. He then left the gate and did not return until the flight was almost ready for departure.

Kircher
EXHIBIT NO. 8
AMS DEPO
513-941-9464

DL 000139

7-14-08

Asked about key stroke activity that indicated I intentionally "hung" seats in alternate log in area. I responded that it is not my practice to do that but that I do create CVG protect records in alternate log in levels occasionally in order to protect seats for other agents who express a need for them on their own overbooked flights. My practice however is to end the record with documentation as to the need. As to why I failed to end the record and document on 6/8 I can only say it was accidental and unintentional. I cannot remember the specifics that may have warranted it.

7-14-08

Asked how I failed to clear medallions into the available first class seats I responded that due to the chaotic nature of the activities surrounding the operation and the passengers on that flight, I was late to board, overwhelmed with questions, and in attempting to manage boarding efficiently failed to clear my ASL in a timely manner. As such, the medallion passengers had all boarded the flight by the time I was able to realize that there were still open F/C seats to assign. In keeping with policy, I looked for the next passenger on the list who had not yet boarded & cleared them into the seat. I explained that this is standard practice for me.

Rachelle Medbury 288225

DELTA

Internal Memorandum

Date: August 25, 2008

**To:** Kelly Marchant, Regional Manager - Human Resources - ACS

**From:** Deb Kircher, Consultant - Human Resources - ACS

**Subject:** RECOMMENDATION FOR TERMINATION OF EMPLOYMENT

***Employee:*** **Rachelle Henry, 288225, CSA, Dept. 125, CVG**

***Date of Employment*:** 7/21/1986 (22 years, 1 month)

***Current Status*:** Suspended as of 8/5/08

***Previous Disciplinary Action:***

| | |
|---|---|
| 1-17-89 | Evaluation – attendance; below standard/has regressed |
| 3-3-89 | Warning Letter – attendance |
| 1-4-90 | Letter of Concern – security |
| 2-17-90 | Evaluation – attendance; below standard |
| 12-27-91 | Warning Letter – attendance |
| 1-25-92 | Evaluation – attendance; has regressed |

***Summary*:**
Rachelle Henry was the primary gate agent working flight 1213/08June08 which was scheduled for a 0915 departure. At 0723, Rachelle booked 3 first class seats and did not end the record resulting in the seats being "hung." Her Performance Leader, George Gergits and his 3 family members were traveling on passes on this flight. There were 6 revenue standby passengers on the first class standby list and, after the last passenger boarded in coach, Rachelle upgraded 3 of George's family members to first class one minute later. All 6 revenue passengers boarded in coach. When questioned, Rachelle could not answer why she hung 3 first class seats. While Rachelle stated George did not ask her to do this, George did ask for her to work this flight. In addition, George admitted to asking employees who were taking an exit package from the company to work the flight so he could get his family in first class in "jest." While Rachelle was not taking an exit package, she violated Delta's policy by booking 3 first class seats and seating non-revenue passengers in those seats before revenue passengers resulting in a revenue loss of $4197.

***Recommendation*:**
I agree with Airport Customer Service; Rachelle Henry should be asked to resign. If she refuses, her employment should be terminated.

Kelly Marchant
Regional Manager - Human Resources - ACS — Date: 9/4/08

[signature]
Director - Human Resources - ACS — Date: 9-17-08

Kircher
EXHIBIT NO. 9
AMS DEPO
513-941-9464

DL 000137



**Internal Memorandum**

**Date: 3-4-09**

**To:** JoAnne Guerrant

**From:** Deb Kircher – HR Generalist; CVG Region

**Subject:** Rachelle Henry Case

**Incident 1** – no further follow up as it was determined a party of 2 for 1 available seat chose not to go which opened up a seat for Harold Christiansen.

**Incident 2 – Wendy Van Winkle**

Wendy stated she remembered this situation very well because she was very upset about it. Below is her perspective:

- She was at the information counter at gate B14 – flight 1247 to MCO was departing at gate B13 – right across the hall.
- She recalls the 2 revenue passengers because they were not happy they had to wait for a 7:40pm flight.
- She looked in the computer and it appeared to her they had a chance to get on – no standbys were cleared yet.
- She calls the gate and spoke to the agent working with Ron Zimmerman (couldn't remember his name) and asked if they could get the revenue passengers on – even waving her hand to indicate the passengers were right there to the gate agents. (She couldn't recall how far in advance of departure time this was however non-revs were not yet cleared)
- The agent said to Wendy the seats she saw in the computer were not actually open and it was "too late" to clear the revenue passengers.
- Wendy accepted this as she's not a gate agent and assumed they acted appropriate.
- However, when she saw after the fact that non-revs were cleared, she got angry and reported the incident to PL, Barry Erb (which she says is out of character for her).
- Barry told Wendy he'd take care of it.

**Incident 2 - Barry Erb**

Barry recalls Wendy bringing this to his attention.

- Barry questioned Ron Zimmerman and Ron told Barry when the revenue agents approached him, he honestly did not think they would get on and advised them to begin the process of rebooking and, at the last minute, when he did have seats, he put the non-revs on.

- While not proficient at the gate agent process, Barry advised me he often sees gate agents turn both revenue and non-revenue passengers away if it appears they won't get on.

- Barry assumed Ron's information was appropriate and took no further action.

**Incident 2 – Ron Zimmermann**

- Ron does not remember the flight. Ron spoke in terms of procedures he would never board non-revs over revenue passengers and he thinks most likely he pages the 2 revenue passengers and when they didn't report, he cleared the non-revs. When asked about Wendy's phone call, he again doesn't remember however it wasn't Ron she spoke to when she called the gate (she doesn't know who it was). In addition, he said "typically" if he doesn't think a revenue standby will get on a flight he tells them "it doesn't look good – you may want to consider going to the information counter for rebooking options."

**Incident 3 – Gary Schmidberger**

- Gary said his son and his friend (Joseph Brokamp) did fly on the charters to the UC game in MIA.

- He said when he met with the charter reps, he told them his son and friend (Joseph Brokamp) were trying to go to the game. The charter reps said they may have available seats.

- The charter reps told Gary they had one seat going down and 2 coming back.

- Gary said the friend went on both flights – down and back since his son could non-rev down on a higher priority.

- Both came back on the charter.

- Gary said pass riding on charters is nothing new; people ride charters all the time.

Let me know if you need additional information.

Thanks,



Internal Memorandum

Date: 3-17-09

**To:** JoAnne Guerrant

**From:** Deb Kircher – HR Generalist; CVG Region

**Subject:** Rachelle Henry Case

**Incident 1** – no further follow up as it was determined a party of 2 for 1 available seat chose not to go which opened up a seat for Harold Christiansen.

**Incident 2 – Wendy Van Winkle**

Wendy stated she remembered this situation very well because she was very upset about it. Below is her perspective:

- She was at the information counter at gate B14 – flight 1247 to MCO was departing at gate B13 – right across the hall.
- She recalls the 2 revenue passengers because they were not happy they had to wait for a 7:40pm flight.
- She looked in the computer and it appeared to her they had a chance to get on – no standbys were cleared yet.
- She calls the gate and spoke to the agent working with Ron Zimmerman (couldn't remember his name) and asked if they could get the revenue passengers on – even waving her hand to indicate the passengers were right there to the gate agents. (She couldn't recall how far in advance of departure time this was however non-revs were not yet cleared)
- The agent said to Wendy the seats she saw in the computer were not actually open and it was "too late" to clear the revenue passengers.
- Wendy accepted this as she's not a gate agent and assumed they acted appropriate.
- However, when she saw after the fact that non-revs were cleared, she got angry and reported the incident to PL, Barry Erb (which she says is out of character for her).
- Barry told Wendy he'd take care of it.

**Incident 2 - Barry Erb**

Barry recalls Wendy bringing this to his attention.

- Barry questioned Ron Zimmerman and Ron told Barry when the revenue agents approached him, he honestly did not think they would get on and advised them to begin the process of rebooking and, at the last minute, when he did have seats, he put the non-revs on.

- While not proficient at the gate agent process, Barry advised me he often sees gate agents turn both revenue and non-revenue passengers away if it appears they won't get on.

- Barry assumed Ron's information was appropriate and took no further action.

**Incident 2 – Ron Zimmermann**

- Ron does not remember the flight. Ron spoke in terms of procedures he would never board non-revs over revenue passengers and he thinks most likely he pages the 2 revenue passengers and when they didn't report, he cleared the non-revs. When asked about Wendy's phone call, he again doesn't remember however it wasn't Ron she spoke to when she called the gate (she doesn't know who it was). In addition, he said "typically" if he doesn't think a revenue standby will get on a flight he tells them "it doesn't look good – you may want to consider going to the information counter for rebooking options."

**Incident 3 – Gary Schmidberger**

- Gary said his son and his friend (Joseph Brokamp) did fly on the charters to the UC game in MIA.

- He said when he met with the charter reps, he told them his son and friend (Joseph Brokamp) were trying to go to the game. The charter reps said they may have available seats.

- The charter reps told Gary they had one seat going down and 2 coming back.

- Gary said the friend went on both flights – down and back since his son could non-rev down on a higher priority.

- Both came back on the charter.

- Gary said pass riding on charters is nothing new; people ride charters all the time.

Additional information:

- Gary clarified these 3 University of Cincinnati charters were independent charters not Delta however we handled the ground handling (he couldn't remember who operated them).
- When asked about "people ride all the time," Gary used the example of USA 3000 which used to charter people down to FL (we handled ground) and pass riders were eligible to travel.

Thanks,

Deb